[No. 2684-1.   Division One.   April 28, 1975.]

*In the Matter of the Estate of* J. T. STONE, *Deceased.*

PACIFIC NATIONAL BANK OF WASHINGTON, *Respondent*, v. EVELYN ORKNEY et al, *Petitioners.*

Appeal from a judgment of the Superior Court for King County, No. E-215336, Frank J. Eberharter, J., entered December 5, 1973. *Affirmed* by unpublished opinion per Swanson, J., concurred in by James and Callow, JJ.

[No. 2850-1.   Division One.   April 28, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. KIP PRESTON LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 65867, Horton Smith, J., entered March 4, 1974. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris and Callow, JJ.

[No. 1091-3.   Division Three.   May 5, 1975.]

JOSEPH D. KENYON, *Appellant*, v. ESSIE KENYON, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 55721, Bruce P. Hanson, J., entered January 25, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.